**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.: 01-118
Judges: ADM/AJB

Carletta Jean Webb,

Plaintiff,

vs.

Harold Chevrolet, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, that the above-referenced lawsuit may be and hereby is dismissed with prejudice on the merits and without costs, disbursements or attorney's fees to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 7/18/01

**THOMAS J. LYONS & ASSOCIATES, P.A.**

Thomas J. Lyons (#65699)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9707



JUL 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 20 2001
DEPUTY CLERK

Dated: 7/18/01

**JOHNSON & VAN VLIET, L.L.P.**

Gregory J. Johnson (#202678)
Attorneys for Defendant
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
(651) 227-2534

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing any and all claims in the above-entitled action with prejudice and on the merits but without costs, disbursements or attorney's fees to any party.

Dated this 19th day of July, 2001.

**BY THE COURT:**

The Honorable Ann D. Montgomery
Judge of District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500